# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0111.  BRENTREZ JARMYKUS MCPHERSON v. THE STATE.

In 2013, Brentrez Jarmykus McPherson pled guilty to multiple offenses, including attempted rape.  He has subsequently filed various pro se motions.  On May 2, 2017, the trial court entered an order denying McPherson's most recent motions.  McPherson then filed both an application for discretionary review, Case No. A17D0541, and this direct appeal.[1]

On July 27, 2017, this Court denied McPherson's application for discretionary review of the trial court's May 2 order.  See Case Number A17D0548. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).  Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] McPherson directed his appeal to the Supreme Court, which transferred the case to this Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>09/19/2017</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*